# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1258
_____

United States of America,

*Plaintiff - Appellee,*

v.

Irvin J. Johnson,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Northern District of Iowa, Waterloo

_____

Submitted: June 17, 2015
Filed: June 22, 2015
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Irvin Johnson directly appeals after the district court[1] revoked his supervised release and sentenced him within his Chapter 7 advisory Guidelines range to

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

7 months in prison, to be followed by additional supervised release. Johnson's counsel has moved for leave to withdraw and has filed a brief arguing that Johnson's sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose an unreasonable revocation sentence. *See United States v. Growden*, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam); *United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir. 2009). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion to withdraw.

_____